JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maurice C. Baugh,<br><br>PLAINTIFF(S)<br>v.<br>J. Martin et al,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 22-02342-SK<br><br>**JUDGMENT ON THE VERDICT<br>FOR THE PLAINTIFF(S)** |

This action came on for jury trial, the Honorable Steve Kim, U.S. Magistrate Judge ~~District Judge,~~ presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Maurice C. Baugh

recover of the defendant(s):

J. Martin

the sum of $15,001.00, with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of _____.

Clerk, U. S. District Court

Dated: August 8, 2025

By Connie Chung
Deputy Clerk

At: Los Angeles, CA

cc: *Counsel of record*

CV-49 (05/98)     JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)